SO ORDERED: November 28, 2018.



Jeffrey J. Graham
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                          CASE NO. 17-08343

Chassity Monique Tanna                          CHAPTER 13

Debtor.                                         JUDGE Jeffrey J. Graham

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY OF EXETER FINANCE, LLC FOR PROPERTY KNOWN AS A 2014 CHRYSLER 200 SEDAN 4D LX I4 - VIN 1C3CCBAB7EN122451 (Doc. No. 41)**

This matter is before the Court upon the Motion for Relief from Stay ("Motion") filed by Exeter Finance, LLC ("Creditor") (Doc. No. 41). The Creditor has moved for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d) with respect to personal property commonly known as a 2014 CHRYSLER 200 SEDAN 4D LX I4 - VIN 1C3CCBAB7EN122451 ("Personal Property"). An Objection to Motion for Relief from Stay (Doc 42) was filed on September 11, 2018 and later withdrawn.

IT IS ORDERED that the automatic stay pursuant to 11 U.S.C. §362(a) is terminated with respect to the secured creditor and the affected collateral. The Court makes no determination regarding the validity, perfection or priority of the lien claimed by Creditor.

IT IS FURTHER ORDERED that the stay in Fed. R. Bank.P. 4001(a)(3) does not apply.

###